BRUCE BOTHWELL, ESQ., #94790
brucebothwell@yahoo.com
LAW OFFICES OF BRUCE BOTHWELL
One World Trade Center, Suite 1860
Long Beach, CA 90831-1860
Telephone:  (562) 435-0818
Facsimile:   (562) 435-0878

Attorneys for Plaintiffs D.B., Leo Byrne, and Nancy Byrne

JS-6

# UNITED STATES FEDERAL COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.B., a minor, by and through his Guardians ad litem, LEO BYRNE and NANCY BYRNE; LEO BYRNE on his own behalf; and NANCY BYRNE on her own behalf<br><br>Plaintiffs,<br><br>vs.<br><br>OCEAN VIEW SCHOOL DISTRICT,<br><br>Defendant. | CASE NO: SACV 12-01232 JGB (JPRx)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Status Conference Date:  August 26, 2013 at 11:00 a.m.<br><br>Judge: Honorable Jesus G. Bernal<br><br>Date Action Filed: 8-2-12 |

Based upon the stipulation of the parties hereto, and GOOD CAUSE appearing therefor, this action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 9, 2013

HONORABLE JESUS G. BERNAL,
United States District Court Judge

JS-6

1
[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE